UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Alan Jeffrey Anderson,<br><br>  Plaintiff,<br><br>v.<br><br>Nicolo L. DiMaria, et al.,<br><br>  Defendants. | Case No. 2:24-cv-02011-CDS-DJA<br><br>**Order** |

Before the Court is Defendants Nicolo L. DiMaria, Ryan B. Finkel, Nichol L. Brown-Morin, Joshua Sparks, Kristy Greenberg, Daniel Nessim, the Honorable Valerie Caproni, and the United States Attorney's Office of the Southern District of New York ("Federal Defendants") motion to extend time to respond to Plaintiff's complaint. (ECF No. 4). The Federal Defendants explain that Federal Rule of Civil Procedure 12(a)(2) provides that a response by a federal employee, agency, or the United States is due sixty days after service on the United States Attorney. However, Plaintiff has not yet served the United States Attorney for this district and has not served the Attorney General of the United States as required by Federal Rule of Civil Procedure 4(i)(1)(A), (B). Additionally, Federal Rule of Civil Procedure 81(c), which governs removed actions, appears to require a response within seven days of removal. The Federal Defendants thus move the Court to extend their deadline to respond to either sixty days after Plaintiff completes service of process on each Federal Defendant or the United States or sixty days from November 1, 2024.

The Court finds that Federal Defendants have demonstrated good cause to extend the time for them to respond to Plaintiff's complaint. *See* Fed. R. Civ. P. 6(b). The Court will thus grant Federal Defendants' motion in part and deny it in part. It grants it regarding Federal Defendants' request to extend their response by sixty days from November 1, 2024. It denies it regarding

Federal Defendants request to extend their response sixty days after Plaintiff completes service of process on each Federal Defendant or the United States.

**IT IS THEREFORE ORDERED** that Federal Defendants' motion to extend time (ECF No. 4) is **granted in part and denied in part** as outlined herein. The Federal Defendants' response to Plaintiff's complaint will be due on **December 31, 2024.**

DATED: October 28, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE