JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No.
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Patrick.Rose@usdoj.gov

*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Alan Jeffrey Anderson,<br><br>            Plaintiff<br><br>vs.<br><br>United States of America,<br><br>            Defendant | Case No. 2:24-cv-02011-CDS-DJA<br><br>**Order on Notice to Substitute**<br><br>[ECF No. 2] |

The Court has been apprised that, under 28 U.S.C. § 2679(d)(2) and 28 C.F.R. § 15.4, Jason M. Frierson, the United States Attorney for the District of Nevada, has certified that the following defendants were acting in the course and scope of federal employment or office at the time of incidents complained of in the complaint: Nicolo L. DiMaria, Ryan B. Finkel, Nichol L. Brown-Morin, Joshua Sparks, Kristy Greenberg, Daniel Nessim, and the Honorable Valerie Caproni. ECF No. 2-1. Such certification leads to the substitution of the United States, in place of these defendants, for state law, tort claims that arise from allegedly negligent or wrongful acts or omissions while they were in the course and scope of federal employment or office. *See* 28 U.S.C. § 2679(d)(2).

1 | IT IS HEREBY ORDERED that Nicolo L. DiMaria, Ryan B. Finkel, Nichol L. Brown-Morin, Joshua Sparks, Kristy Greenberg, Daniel Nessim, and the Honorable Valerie Caproni are dismissed from this action, and the United States is substituted in their place as defendant.

_____
**UNITED STATES DISTRICT JUDGE**
DATED: December 13, 2024